Robert O. Rice (6639)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Phone: (801)532-1500

Barry Golden (Admitted Pro Hac Vice)
Sara Ann Brown (Admitted Pro Hac Vice)
**GARDERE WYNNE SEWELL, LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Phone: (214)999-3000

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH -- CENTRAL DIVISION

| | |
|---|---|
| **GOENGINEER, INC.**  Plaintiff  v.  **PROGRESSION TECHNOLOGIES, INC., JOHN FORBES, AND JOHN DOES 1-50**  Defendants | ORDER STAYING DISPOSITION OF MOTION FOR PRELIMINARY INJUNCTION  NO. 2: 12-CV-000930-TS  Judge Ted Stewart |

Having considered the Defendants' motion to stay the determination of the Plaintiff's motion for a preliminary injunction, the Plaintiff's response, and all other relevant filings in this case, the Court finds that the following orders should be entered:

It is ORDERED that Defendants' motion to stay determination of the Plaintiff's motion for a preliminary injunction be, and it is hereby, GRANTED.

It is further ORDERED that Plaintiff's motion for a preliminary injunction [Docket No. 5] be, and it is hereby, STAYED until the Court disposes of the Defendant's motion to dismiss [Docket No. 15].

SIGNED AND ENTERED this _____ day of October, 2012.

_____
TED STEWART
UNITED STATES DISTRICT JUDGE

1204234